UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BKY. NO. 23-11859
ERICK E. JUAREZ :
: CHAPTER 13

ORDER GRANTING ADDITIONAL TIME TO FILE
SCHEDULES, STATEMENTS OF AFFAIRS AND PLAN

AND NOW, this 10th day of July, 2023, Debtor's Motion to Extend Time to file is granted. The time to file all schedules and additional documents is extended to July 24, 2023.

BY THE COURT:

_____
Magdeline D. Coleman
CHIEF BANKRUPTCY JUDGE