United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-11859-mdc

Erick E Juarez     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jul 11, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Erick E Juarez, 22 Dewey Road, Cheltenham, PA 19012-1414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL P. KELLY | on behalf of Debtor Erick E Juarez mpkpc@aol.com  r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 11, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BKY. NO. 23-11859
ERICK E. JUAREZ :
: CHAPTER 13

ORDER GRANTING ADDITIONAL TIME TO FILE
SCHEDULES, STATEMENTS OF AFFAIRS AND PLAN

AND NOW, this 10th day of July, 2023, Debtor's Motion to Extend Time to file is granted. The time to file all schedules and additional documents is extended to July 24, 2023.

BY THE COURT:

_____
Magdeline D. Coleman
CHIEF BANKRUPTCY JUDGE