**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ERICK E JUAREZ                     :  NO.  23-11859

                                          :

                                          :  CHAPTER 13

CERTIFICATION OF SERVICE

      I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Chapter 13

Plan upon all creditors and the U.S. Trustee, by electronic mail and/or first-class mail,

postage prepaid on July 19, 2023.

                                /s/ Michael P. Kelly
                                Michael P. Kelly, Esquire
                                Attorney for Debtor(s)
                                Suite 202 - Penn's Square
                                402 Middletown Blvd.
                                Langhorne, PA     19047
                                (215) 741-1100
                                fax (215) 741-4029
                                email:  mpk@cowanandkelly.com

## Service List

Assistant U.S. Trustee - by CM/ECF
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

Kenneth West – by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

Affirm, Inc.
Attn:Bankruptcy
650CaliforniaSt,Fl12
San Francisco, CA 94108

Amex
Correspondence/Bankruptcy
PoBox981540
El Paso, TX 79998

Applied Bank
4700ExchangeCourt
Boca Raton, FL 33431

Capital One
Attn:Bankruptcy
PoBox30285
Salt Lake City, UT 84130

Capital One NA
Attn:Bankruptcy
PoBox30285
Salt Lake City, UT 84130

Credit One Bank

Attn:BankruptcyDepartment

6801CimarronRd

Las Vegas, NV 89113

Daniel Devlin Esquire

1219SpruceStreet

Philadelphia, PA 19107

Dell Financial Services

Attn:Bankruptcy

P.O.Box81577

Austin, TX 78708

Internal Revenue Service

600ArchStreet

Philadelphia, PA 19106

KML Law Group dcarlon@kmllawgroup.com

Mostafa Easa

264ThompsonMillRoad Newtown, PA 18940

PA office of Attorney General bkubisiak@attorneygeneral.gov

Pennsylvania Department of Revenue

BankruptcyDivision

POBox280946

Harrisburg, PA 17128-0946

Shellpoint Mortgage Se

55BeattiePlace

Greenville, SC 29601

Synchrony Bank/Amazon

Attn:Bankruptcy

PoBox965060

Orlando, FL 32896


Upstart

UpstartOperations/Attn:Bankruptcy

PoBox1503

San Carlos, CA 94070


Upstart Finance

Attn:Bankruptcy

PoBox1503

San Carlos, CA 94070

US Bank NA

7105CorporateDrive Plano, TX 75024


Wells Fargo Bank NA

1HomeCampusMacX2303-01a

3rdFloor

Des Moines, IA 50328