| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
|  | 01/ | | 1 of 1 |

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

**Earnings Statement**



Period Starting:   06/05/2023
Period Ending:    06/18/2023
Pay Date:        06/23/2023

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
   Federal:   1          Federal:
   State:     0          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | 5000.00 | | 65466.38 |
| Gross Pay | | | $5,000.00 | $65,466.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -473.83 | 6159.79 |
| Social Security | -280.81 | 3679.39 |
| Medicare | -65.67 | 860.50 |
| Pennsylvania State Income | -139.04 | 1821.84 |
| Pennsylvania State UI | -3.50 | 45.83 |
| Phila NR Local Income | -172.00 | 2252.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Med Pre tax | -470.88 | 6121.44 |

| Net Pay | $3,394.27 |
|---|---|

| Deposits | | | |
|---|---|---|---|
| account number | | transit/ABA | amount |
| XXXXXX7011 | | XXXXXXXXX | 3394.27 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,529.12
* Excluded from Federal taxable wages

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Pay Date:        06/23/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7011 | XXXXXXXXX | 3394.27 |

THIS IS NOT A CHECK

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| ~~~~~~~~~~~ | 01/ | ~~~~~~ | 1 of 1 |

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

**Earnings Statement**

**ADP**

Period Starting:  05/22/2023
Period Ending:   06/04/2023
Pay Date:       06/09/2023

Taxable Marital Status:     Married
Exemptions/Allowances:      Tax Override:
  Federal:   1          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5000.00 | 60466.38 |
| Gross Pay | | | $5,000.00 | $60,466.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -473.83 | 5685.96 |
| Social Security | -280.80 | 3398.58 |
| Medicare | -65.67 | 794.83 |
| Pennsylvania State Income | -139.04 | 1682.80 |
| Pennsylvania State UI | -3.50 | 42.33 |
| Phila NR Local Income | -172.00 | 2080.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Med Pre tax | -470.88 | 5650.56 |

| Net Pay | $3,394.28 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7011 | XXXXXXXXX | 3394.28 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,529.12
* Excluded from Federal taxable wages

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Pay Date:      06/09/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7011 | XXXXXXXXX | 3394.28 |

THIS IS NOT A CHECK

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| ~~5~~ | 01/ | ~~~~ | 1 of 1 |

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

**Earnings Statement**

**ADP**

Period Starting:   05/22/2023
Period Ending:     06/02/2023
Pay Date:          06/09/2023

Taxable Marital Status:     Married
Exemptions/Allowances:          Tax Override:
  Federal:   1          Federal:   0.00 Flat
  State:     0          State:     14.32 Flat
  Local:     0          Local:     16.04 Flat
Social Security Number:     XXX-XX-XXXX

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | 466.38 | | 55466.38 |
| Gross Pay | | | $466.38 | $60,466.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 5212.13 |
| Social Security | -28.92 | 3117.78 |
| Medicare | -6.77 | 729.16 |
| Pennsylvania State Income | -14.32 | 1543.76 |
| Pennsylvania State UI | -0.33 | 38.83 |
| Phila NR Local Income | -16.04 | 1908.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Med Pre tax | 0.00 | 5650.56 |

| Net Pay | $400.00 |
|---|---|

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $466.38
* Excluded from Federal taxable wages

3-50/310

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Payroll Check Number:   6095
Pay Date:               06/09/2023

Pay to the order of:     Erik Juarez

This amount:     FOUR HUNDRED AND 00/100          $400.00

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

WELLS FARGO BANK     Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Company Code | Loc/Dept | Number | Page | | **Earnings Statement** | **ADP** |
|---|---|---|---|---|---|---|
| KN~~...~~ | 01/ | ~~...~~ | 1 of 1 | | | |

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Period Starting:    05/08/2023
Period Ending:     05/21/2023
Pay Date:             05/26/2023

Taxable Marital Status:      Married
Exemptions/Allowances:              Tax Override:
  Federal:    1                        Federal:
  State:      0                        State:
  Local:      0                        Local:
Social Security Number:     XXX-XX-XXXX

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | 5000.00 | 55000.00 | |
| Gross Pay | | | $5,000.00 | $55,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -473.83 | 5212.13 |
| Social Security | -280.81 | 3088.86 |
| Medicare | -65.67 | 722.39 |
| Pennsylvania State Income | -139.04 | 1529.44 |
| Pennsylvania State UI | -3.50 | 38.50 |
| Phila NR Local Income | -172.00 | 1892.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Med Pre tax | -470.88 | 5179.68 |
| Net Pay | $3,394.27 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7011 | XXXXXXXXX | 3394.27 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,529.12
* Excluded from Federal taxable wages

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Pay Date:        05/26/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7011 | XXXXXXXXX | 3394.27 |

THIS IS NOT A CHECK

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | **ADP** |
|---|---|---|---|---|---|---|
| ~~RNT~~ | 01/ | | 1 of 1 | | | |

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Period Starting:   04/24/2023
Period Ending:    05/07/2023
Pay Date:         05/12/2023

Taxable Marital Status:    Married
Exemptions/Allowances:           Tax Override:
  Federal:    1           Federal:
  State:      0           State:
  Local:      0           Local:
Social Security Number:    XXX-XX-XXXX

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5000.00 | 50000.00 |
| **Gross Pay** | | | **$5,000.00** | **$50,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -473.83 | 4738.30 |
| Social Security | -280.80 | 2808.05 |
| Medicare | -65.67 | 656.72 |
| Pennsylvania State Income | -139.04 | 1390.40 |
| Pennsylvania State UI | -3.50 | 35.00 |
| Phila NR Local Income | -172.00 | 1720.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Med Pre tax | -470.88 | 4708.80 |

| **Net Pay** | **$3,394.28** |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7011 | XXXXXXXXX | 3394.28 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,529.12
* Excluded from Federal taxable wages

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Pay Date:        05/12/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7011 | XXXXXXXXX | 3394.28 |

THIS IS NOT A CHECK

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| ~~XXXXXXX~~ | 01/ | ~~XXXX~~ | 1 of 1 |

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

**Earnings Statement**



Period Starting:   04/10/2023
Period Ending:     04/23/2023
Pay Date:          04/28/2023

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
   Federal:   1          Federal:
   State:     0          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5000.00 | 45000.00 |
| Gross Pay | | | $5,000.00 | $45,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -473.83 | 4264.47 |
| Social Security | -280.81 | 2527.25 |
| Medicare | -65.67 | 591.05 |
| Pennsylvania State Income | -139.04 | 1251.36 |
| Pennsylvania State UI | -3.50 | 31.50 |
| Phila NR Local Income | -172.00 | 1548.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Med Pre tax | -470.88 | 4237.92 |

| Net Pay | $3,394.27 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7011 | XXXXXXXXX | 3394.27 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,529.12
* Excluded from Federal taxable wages

Panamerican Mental Health Serv
4519 North 5th Street
Philadelphia, PA 19140

Pay Date:          04/28/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7011 | XXXXXXXXX | 3394.27 |

THIS IS NOT A CHECK

Erik Juarez
22 Dewey Rd
Cheltenham, PA 19012