Certificate Number: 17572-PAE-DE-037605698

Bankruptcy Case Number: 23-11859



17572-PAE-DE-037605698

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2023, at 3:01 o'clock PM PDT, Erik E Juarez-Mendez completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 19, 2023         By:    /s/Leigh-Anna M Thompson

                              Name:  Leigh-Anna M Thompson

                              Title: Counselor