**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ERICK E JUAREZ	:  NO.   23-11859
:
:  CHAPTER 13

CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the 1st amended Chapter 13 Plan upon all creditors and the U.S. Trustee, by electronic mail and/or first-class mail, postage prepaid on September 27, 2023.

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Attorney for Debtor(s)
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047
(215) 741-1100
fax (215) 741-4029
email:  mpk@cowanandkelly.com

## Service List

Assistant U.S. Trustee - by CM/ECF
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

Kenneth West – by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

**BRAD KUBISIAK**

PA Office of the Attorney General

1600 Arch Street

Ste 300

Philadelphia, PA 19103

267-361-7845

bkubisiak@attorneygeneral.gov

**DENISE ELIZABETH CARLON**

KML Law Group, P.C.

701 Market Street

Suite 5000

Philadelphia, PA 19106

215 627 1322

dcarlon@kmllawgroup.com

Affirm, Inc.
Attn:Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Amex
Correspondence/Bankruptcy
PoBox981540
El Paso, TX 79998

Applied Bank
4700 Exchange Court
Boca Raton, FL 33431

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Daniel Devlin Esquire
1219 Spruce Street
Philadelphia, PA 19107

Dell Financial Services
Attn: Bankruptcy
P.O. Box 81577
Austin, TX 78708

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Mostafa Easa264ThompsonMillRoad\Newtown, PA 18940

Shellpoint Mortgage Se
55BeattiePlace
Greenville, SC 29601

Synchrony Bank/Amazon
Attn:Bankruptcy
PoBox965060
Orlando, FL 32896

Upstart
UpstartOperations/Attn:Bankruptcy
PoBox1503
San Carlos, CA 94070

US Bank NA
7105CorporateDrive Plano, TX 75024

Wells Fargo Bank NA
1HomeCampusMacX2303-01a
3rdFloor
Des Moines, IA 50328