# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 23-11859-mdc |
| ERIK E, JUAREZ | : |
| | : CHAPTER 13 |

### PRAECIPE TO WITHDRAW OBJECTION TO SECURED CLAIM #1 FILED BY PENNSYLVANIA DEPARTMENT OF REVENUE

TO THE CLERK:

Kindly mark the Objection to the Claim of the Pennsylvania Department of Revenue Withdrawn.

October 23, 2023

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
PO Box 576
Langhorne, PA    19047
(215) 498-0645
Email:   mpkpc@aol.com