**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ERICK E JUAREZ                         :   NO.   23-11859
                                                :
                                                :   CHAPTER 13

CERTIFICATION OF SERVICE

    I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the 3rd amended Chapter 13 Plan upon all creditors and the U.S. Trustee, by electronic mail and/or first-class mail, postage prepaid on November 29, 2023.

    /s/ Michael P. Kelly
Michael P. Kelly, Esquire
Attorney for Debtor(s)
POmBox 576
Langhorne, PA    19047
(215) 498-0645
email:  mpkpc@aol.com

## Service List

Assistant U.S. Trustee - by CM/ECF
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

Kenneth West – by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

**BRAD KUBISIAK**

PA Office of the Attorney General

1600 Arch Street

Ste 300

Philadelphia, PA 19103

267-361-7845

bkubisiak@attorneygeneral.gov


**DENISE ELIZABETH CARLON**

KML Law Group, P.C.

701 Market Street

Suite 5000

Philadelphia, PA 19106

215 627 1322

dcarlon@kmllawgroup.com

Affirm, Inc.
Attn:Bankruptcy
650CaliforniaSt,Fl12
San Francisco, CA 94108


Amex
Correspondence/Bankruptcy
PoBox981540
El Paso, TX 79998

Applied Bank
4700 Exchange Court
Boca Raton, FL 33431

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Daniel Devlin Esquire
1219 Spruce Street
Philadelphia, PA 19107

Dell Financial Services
Attn: Bankruptcy
P.O. Box 81577
Austin, TX 78708

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Mostafa Easa 264 Thompson Mill Road\Newtown, PA 18940

Shellpoint Mortgage Se
55 Beattie Place
Greenville, SC 29601

Synchrony Bank/Amazon
Attn:Bankruptcy
Po Box 965060
Orlando, FL 32896

Upstart
Upstart Operations/Attn:Bankruptcy
Po Box 1503
San Carlos, CA 94070

US Bank NA
7105 Corporate Drive Plano, TX 75024

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328