## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ERICK E JUAREZ                   :   NO.   23-11859
                                         :
                                         :   CHAPTER 13

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the 5th amended Chapter 13 Plan upon all creditors and the U.S. Trustee, by electronic mail and/or first-class mail, postage prepaid on February 26, 2024.

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Attorney for Debtor(s)
POmBox 576
Langhorne, PA    19047
(215) 498-0645
email:  mpkpc@aol.com

## Service List

Assistant U.S. Trustee - by CM/ECF
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

Kenneth West – by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

**BRAD KUBISIAK**

PA Office of the Attorney General

1600 Arch Street

Ste 300

Philadelphia, PA 19103

267-361-7845

bkubisiak@attorneygeneral.gov

**DENISE ELIZABETH CARLON**

KML Law Group, P.C.

701 Market Street

Suite 5000

Philadelphia, PA 19106

215 627 1322

dcarlon@kmllawgroup.com

Affirm, Inc.
Attn:Bankruptcy
650CaliforniaSt,Fl12
San Francisco, CA 94108

Amex
Correspondence/Bankruptcy
PoBox981540
El Paso, TX 79998

Applied Bank
4700 Exchange Court
Boca Raton, FL 33431

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Daniel Devlin Esquire
1219 Spruce Street
Philadelphia, PA 19107

Dell Financial Services
Attn: Bankruptcy
P.O. Box 81577
Austin, TX 78708

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Mostafa Easa264ThompsonMillRoad\Newtown, PA 18940

Shellpoint Mortgage Se

55BeattiePlace

Greenville, SC 29601

Synchrony Bank/Amazon

Attn:Bankruptcy

PoBox965060

Orlando, FL 32896

Upstart

UpstartOperations/Attn:Bankruptcy

PoBox1503

San Carlos, CA 94070

US Bank NA

7105CorporateDrive Plano, TX 75024

Wells Fargo Bank NA

1HomeCampusMacX2303-01a

3rdFloor

Des Moines, IA 50328