United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Erick E Juarez  
    Debtor

Case No. 23-11859-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 08, 2024      Form ID: 155      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erick E Juarez, 22 Dewey Road, Cheltenham, PA 19012-1414 |
| 14797446 | + | Commonwealth of Pennsylvania, Office of Attorney General, C/O Brad G. Kubisiak, 1600 Arch Street, Ste. 300, Philadelphia, PA 19103-2016 |
| 14793012 | + | Daniel Devlin Esquire, 1219 Spruce Street, Philadelphia, PA 19107-5607 |
| 14793016 | + | Mostafa Easa, 264 Thompson Mill Road, Newtown, PA 18940-3104 |
| 14829684 | + | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE, c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14829790 | + | U.S. Bank National Association, C/O Marisa Myers Cohen, 1420 Walnut Street, Ste. 1501, Philadelphia, PA 19102-4015 |
| 14793022 | + | US Bank NA, 7105 Corporate Drive, Plano, TX 75024-4100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14793008 | | Email/Text: bnc-applied@quantum3group.com | Aug 08 2024 23:56:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 14793006 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 09 2024 00:02:51 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14806305 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2024 00:21:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14793007 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2024 00:23:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14838158 | | Email/Text: megan.harper@phila.gov | Aug 08 2024 23:56:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14793009 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 00:02:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14802025 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2024 00:02:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14793010 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 00:05:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14793011 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2024 00:04:00 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14793013 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 09 2024 00:02:32 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 14804342 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 00:21:49 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14793014 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2024 23:56:00 | Internal Revenue Service, 600 Arch Street, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19106-1695 |
| 14793015 | ^ | MEBN | Aug 08 2024 23:50:06 | KML LAW GROUP, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14805419 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 00:02:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14793017 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14808243 | | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2024 23:56:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14833748 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 00:03:34 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14793018 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 23:55:00 | Shellpoint Mortgage Se, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14793019 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 09 2024 00:02:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14811186 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 08 2024 23:55:00 | U.S. BANK NATIONAL ASSOCIATION at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14795641 | ^ | MEBN | Aug 08 2024 23:50:07 | U.S. BANK NATIONAL ASSOCIATION, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14793020 | + | Email/Text: LCI@upstart.com | Aug 08 2024 23:55:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14793021 | + | Email/Text: LCI@upstart.com | Aug 08 2024 23:55:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14793843 | ^ | MEBN | Aug 08 2024 23:50:04 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14793023 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 09 2024 00:05:04 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14793540 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| BRAD KUBISIAK | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MICHAEL P. KELLY | on behalf of Debtor Erick E Juarez mpkpc@aol.com  r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Erick E Juarez | ) | Case No. 23−11859−pmm |
|    aka Erik E Juarez Mendez | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 8, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court