UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Erick E Juarez aka Erik E Juarez Mendez<br>                    Debtor<br>            and<br><br>    Maria De Leon<br>                    Co-Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3, or its Successor or Assignee<br>                    Movant<br>            vs.<br>Kenneth E. West, Trustee<br>Erick E Juarez aka Erik E Juarez Mendez<br>Maria De Leon<br>                    Respondents | Chapter 13<br>Bankruptcy No. 23-11859 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF
FROM AUTOMATIC STAY AND CERTIFICATION OF
SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

   I, Andrew M. Lubin, attorney for the Movant, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3, or its Successor or Assignee, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 21st day of October, 2024, upon the following:

| | | |
|---|---|---|
| Erick E Juarez aka Erik E Juarez Mendez<br>22 Dewey Road<br>Cheltenham, PA 19012<br><br>Maria De Leon<br>22 Dewey Road<br>Cheltenham, PA 19012-1414 | Michael P. Kelly<br>Cowan & Kelly<br>202 Penns Square<br>Ste 202 PO Box 576<br>Langhorne, PA 19047 | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br><br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street Suite 320<br>Philadelphia, PA 19107 |

                    /s/ Andrew M. Lubin, Esquire
                    MARISA MYERS COHEN, ESQUIRE ID #87830
                    ANDREW M. LUBIN, ESQUIRE ID # 54297
                    Attorney for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3

1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com