UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:      Erick E Juarez aka Erik E Juarez Mendez<br>                    Debtor<br>          and<br><br>        Maria De Leon<br>                    Co-Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3, or its Successor or Assignee<br>                    Movant<br>                vs.<br>Kenneth E. West, Trustee<br>Erick E Juarez aka Erik E Juarez Mendez<br>Maria De Leon<br>                    Respondents | Chapter 13<br>Bankruptcy No. 23-11859 |

**ORDER**

AND NOW, this 19th day of November, 2024, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and §1301 be, and the same hereby is, ~~TERMINATED and/or~~ MODIFIED to permit U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3, or its Successor or Assignee, to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property located at: 22 Dewey Rd, Cheltenham, PA 19012-1414, and it is further,

ORDERED that this Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code, and it is further,

Upon execution and entry of this Order, the requirements specified in Federal Rule of Bankruptcy Procedure 3002.1 (a) B (i) are hereby waived, or made inapplicable in their entirety, during the pendency of the within bankruptcy case absent further Order of this Court.

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge