United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11859-pmm |
| Erick E Juarez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erick E Juarez, 22 Dewey Road, Cheltenham, PA 19012-1414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

**Name**            **Email Address**

ANDREW M. LUBIN
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3
nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com

ANDREW M. LUBIN
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3
nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com

BRAD KUBISIAK
on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE
bkubisiak@attorneygeneral.gov

BRENDA SUE BISHOP
on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE
bbishop@attorneygeneral.gov

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP
MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3
bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP
MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3
ecfmail@mwc-law.com mcohen@mwc-law.com

MARISA MYERS COHEN
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP
MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3
ecfmail@mwc-law.com mcohen@mwc-law.com

MICHAEL P. KELLY
on behalf of Debtor Erick E Juarez mpkpc@aol.com r47593@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Erick E Juarez aka Erik E Juarez Mendez<br>                   Debtor<br>          and<br><br>       Maria De Leon<br>                   Co-Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3, or its Successor or Assignee<br>                   Movant<br>              vs.<br>Kenneth E. West, Trustee<br>Erick E Juarez aka Erik E Juarez Mendez<br>Maria De Leon<br>                   Respondents | Chapter 13<br>Bankruptcy No. 23-11859 |

**ORDER**

AND NOW, this <u>19th</u> day of <u>November</u>, 20<u>24</u>, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and §1301 be, and the same hereby is, ~~TERMINATED and/or~~ MODIFIED to permit U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3, or its Successor or Assignee, to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property located at:22 Dewey Rd, Cheltenham, PA 19012-1414, and it is further,

ORDERED that this Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code, and it is further,

Upon execution and entry of this Order, the requirements specified in Federal Rule of Bankruptcy Procedure 3002.1 (a) B (i) are hereby waived, or made inapplicable in their entirety, during the pendency of the within bankruptcy case absent further Order of this Court.

_____
Patricia M. Mayer
United States Bankruptcy Judge