United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11859-djb |
| Erick E Juarez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erick E Juarez, 22 Dewey Road, Cheltenham, PA 19012-1414 |
| 14920692 | + | Commonwealth of Pennsylvania, Department of Revenue, C/O Brenda S. Bishop, 15th floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14797446 | + | Commonwealth of Pennsylvania, Office of Attorney General, C/O Brad G. Kubisiak, 1600 Arch Street, Ste. 300, Philadelphia, PA 19103-2016 |
| 14793012 | + | Daniel Devlin Esquire, 1219 Spruce Street, Philadelphia, PA 19107-5607 |
| 14793016 | + | Mostafa Easa, 264 Thompson Mill Road, Newtown, PA 18940-3104 |
| 14829684 | + | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE, c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14829790 | + | U.S. Bank National Association, C/O Marisa Myers Cohen, 1420 Walnut Street, Ste. 1501, Philadelphia, PA 19102-4015 |
| 14793022 | + | US Bank NA, 7105 Corporate Drive, Plano, TX 75024-4100 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 21 2025 00:18:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 14793008 | | Email/Text: bnc-applied@quantum3group.com | Mar 21 2025 00:18:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 14793006 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 21 2025 00:23:28 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14806305 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2025 00:40:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14793007 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2025 00:39:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14838158 | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14793009 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2025 00:58:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14802025 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2025 00:25:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14793010 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2025 00:38:05 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14793011 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 21 2025 00:25:29 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14793013 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 21 2025 00:23:11 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 14804342 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 00:24:08 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14793014 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2025 00:18:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14793015 | ^ | MEBN | Mar 21 2025 00:09:10 | KML LAW GROUP, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14805419 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 00:24:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14793017 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14808243 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2025 00:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14833748 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 00:24:36 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14793018 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2025 00:18:00 | Shellpoint Mortgage Se, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14793019 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2025 00:24:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14811186 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 21 2025 00:18:00 | U.S. BANK NATIONAL ASSOCIATION at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14795641 | ^ | MEBN | Mar 21 2025 00:09:09 | U.S. BANK NATIONAL ASSOCIATION, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14793020 | + | Email/Text: LCI@upstart.com | Mar 21 2025 00:18:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14793021 | + | Email/Text: LCI@upstart.com | Mar 21 2025 00:18:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14793843 | ^ | MEBN | Mar 21 2025 00:09:06 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14793023 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 21 2025 01:22:16 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14793540 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 35 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| ANDREW M. LUBIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| BRAD KUBISIAK | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE bkubisiak@attorneygeneral.gov |
| BRENDA SUE BISHOP | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE bbishop@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE3 ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MICHAEL P. KELLY | on behalf of Debtor Erick E Juarez mpkpc@aol.com  r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ERICK E JUAREZ<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-11859 |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 20, 2025**

_____
Honorable Derek J. Baker
Bankruptcy Judge